THOMAS E. MONTGOMERY, County Counsel (State Bar No. 109654)
County of San Diego
By STEPHANIE KARNAVAS, Senior Deputy (State Bar No. 255596)
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 531-5834;  Fax: (619) 531-6005
E-mail: stephanie.karnavas@sdcounty.ca.gov

Attorneys for Defendants County of San Diego, Patrick Lopatosky
   and Brian Butcher

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOHAMAD ALI SAID, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF SAN DIEGO; DEPUTY SHERIFF PATRICK LOPATOSKY; DEPUTY SHERIFF BRIAN BUTCHER; DEPUTY SHERIFF LEE SCOTT; and DOES 1 - 50, inclusive,<br><br>　　　　Defendants. | No. 12-cv-2437-GPC(RBB)<br><br>NOTICE OF MOTION AND MOTION MOTION FOR PARTIAL SUMMARY JUDGMENT ON BEHALF OF DEFENDANTS COUNTY OF SAN DIEGO, PATRICK LOPATOSKY, AND BRIAN BUTCHER<br><br>Date:  April 10, 2015<br>Time: 1:30 PM<br>Dept.: 2D - Courtroom of the Honorable Gonzalo P. Curiel<br>Trial Date:  TBD |

TO PLAINTIFF AND HIS ATTORNEY OF RECORD:

　　　　PLEASE TAKE NOTICE that on April 10, 2015 at 1:30p.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Gonzalo P. Curiel, United States District Judge, located at 221 West Broadway San Diego, California 92101, Defendants County of San Diego, Patrick Lopatosky and Brian Butcher will move this Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for partial summary judgment on the following grounds:

　　　　1.　　Plaintiff has no evidence to support a claim against the County of San Diego for violation of 42. U.S.C. § 1983 ("§ 1983").  In particular, Plaintiff has no evidence that an "action pursuant to official municipal policy" or a failure to train amounting to

deliberate indifference to individuals' constitutional rights was the "moving force" behind his alleged injury.

2. Plaintiff cannot prevail on his § 1983 claim against Deputies Butcher and Lopatosky based on unlawful arrest or his corresponding state law claim for false arrest because he was arrested pursuant to probable cause. Additionally, Deputies Butcher and Lopatosky are entitled to qualified immunity as to Plaintiff's § 1983 claim based on unlawful arrest.

3. Plaintiff cannot prevail on his § 1983 claim against Deputies Butcher and Lopatosky based on inadequate medical care because he cannot establish the Deputies were deliberately indifferent to his serious medical needs. Rather, the undisputed evidence demonstrates that the Deputies immediately summoned the necessary medical assistance. Additionally, Deputies Butcher and Lopatosky are entitled to qualified immunity as to this claim.

4. Plaintiff cannot prevail on his § 1983 claim against Deputies Butcher and Lopatosky based on malicious prosecution because there was, at a minimum, probable cause to arrest Plaintiff for violation of the protective order held by his wife. Additionally, Plaintiff has no evidence that the prosecution was initiated with malice or that either Deputy Lopatosky or Deputy Butcher took any action to compromise the prosecutor's independent judgment, and thus he has no evidence to overcome the presumption set forth in *Smiddy v. Varney*, 665 F.2d 261, 266 (9th Cir. 1981).

5. Plaintiff cannot prevail on his claim for violation of California Civil Code § 52.1 because, the undisputed facts demonstrate that Plaintiff can prove no constitutional violation based on unlawful arrest, inadequate medical care, or malicious prosecution, and the only other constitutional violation Plaintiff alleges – excessive force—cannot in and of itself, also comprise an alleged constitutional interference that gives rise to liability under § 52.1. The alleged conduct must be shown to have been committed for the purpose of interfering with some other constitutional right.

This motion is based upon this notice of motion and motion, the accompanying

- 2 -

No. 12-cv-2437-GPC(RBB)

memorandum of points and authorities, the accompanying separate statement of undisputed material facts and the evidence in support thereof, the declarations of Stephanie Karnavas, Hanan Harb, Patrick Lopatosky, and Brian Butcher, and the exhibits thereto, the request for judicial notice submitted herewith and the exhibits thereto, and on all pleadings and papers on file in this action, and upon such other matters as may be presented to the Court at the time of the hearing.

DATED:  February 23, 2015        THOMAS E. MONTGOMERY, County Counsel

By: s/ STEPHANIE KARNAVAS, Senior Deputy
Attorneys for Defendants County of San Diego,
Patrick Lopatosky and Brian Butcher
E-mail: stephanie.karnavas@sdcounty.ca.gov