1   THOMAS E. MONTGOMERY, County Counsel (State Bar No. 109654)
    County of San Diego
2   By STEPHANIE KARNAVAS, Senior Deputy (State Bar No. 255596)
    1600 Pacific Highway, Room 355
3   San Diego, California 92101-2469
    Telephone: (619) 531-5834;  Fax: (619) 531-6005
4   E-mail: stephanie.karnavas@sdcounty.ca.gov

5   Attorneys for Defendants County of San Diego, Patrick Lopatosky
        and Brian Butcher

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11  MOHAMAD ALI SAID, an individual,      )   No. 12-cv-2437-GPC(RBB)
                                          )
12              Plaintiff,                )   REQUEST FOR JUDICIAL NOTICE IN
                                          )   SUPPORT OF DEFENDANTS' MOTION
13       v.                               )   FOR PARTIAL SUMMARY JUDGMENT
                                          )
14  COUNTY OF SAN DIEGO; DEPUTY           )   Date:  April 10, 2013
    SHERIFF PATRICK LOPATOSKY;            )   Time: 1:30P.M.
15  DEPUTY SHERIFF BRIAN BUTCHER;         )   Dept.: 2d- Courtroom of the
    DEPUTY SHERIFF LEE SCOTT; and         )   Honorable Gonzalo P. Curiel
16  DOES 1 - 50, inclusive,               )   Trial Date:  TBD
                                          )
17              Defendants.               )
                                          )
18  _____

19       Defendants County of San Diego and Deputy Sheriff Patrick Lopatosky

20  ("Lopatosky"), Deputy Sheriff Brian Butcher ("Butcher") (collectively, Defendants")

21  request that this Court take judicial notice of the following court records pursuant to

22  Federal Rule of Evidence 201 ("FRE 201"):

23       Exhibit 1: A true and correct copy of the Complaint in the case of The

24  People of the State of California v. Mohamad Ali Said, from the court file of Superior

25  Court of the State of California, County of San Diego, East County Division, Case No.

26  C291668.

27       Exhibit 2:  A true and correct copy of the Criminal Protective Order –

28  Domestic Violence (Order Under Penal Code § 136.2), dated July 13, 2009 in favor of

                                                      12-cv-2437-GPC(RBB)

1    Walaa Said, from the court file of the case of The People of the State of California v.

2    Mohamad Ali Said, Superior Court of the State of California, County of San Diego, East

3    County Division, Case No. C291668.

4            Exhibit 3:  A true and correct copy of the jury verdict forms from the court

5    file in the case of The People of the State of California v. Mohamed Ali Said, Superior

6    Court of the State of California, County of San Diego, East County Division, Case No.

7    C291668 court file, finding Mohamed Ali Said "Guilty" of the crime of Battery of a

8    Significant Other, in violation of Penal Code Section 243(e)(1) and "Guilty" of the crime

9    of Simple Battery, in violation of Penal Code Section 242.

10           Exhibit 4: A true and correct copy of "Misdemeanor – Domestic Violence

11   Judgment Minutes" dated May 24, 2010, from the court file of the case of The People of

12   the State of California v. Mohamed Ali Said, Superior Court of the State of California,

13   County of San Diego, East County Division, Case No. C291668, noting the imposition of

14   a sentence of 3 years of summary probation, and the imposition of a full protective order,

15   among other things.

16           Exhibit 5:    A true and correct certified copy of the Criminal Protective

17   Order – DomesticViolence (Probation Condition Order), dated May 24, 2010 with an

18   expiration date of May 23, 2013, in favor of Walaa Said Al-Quershi, from the court file

19   of the case of The People of the State of California v. Mohamed Ali Said, Superior

20   Court of the State of California, County of San Diego, East County Division,

21   Case No. C291668.

22           Exhibit 6: A true and correct copy of the Complaint in the case of The

23   People of the State of California v. Mohamad Ali Said, from the court file of Superior

24   Court of the State of California, County of San Diego, East County Division, Case No.

25   C318005.

26

27

28

                                              - 2 -

                                                        12-cv-2437-GPC(RBB)

1   DATED:  February 23, 2015        THOMAS E. MONTGOMERY, County Counsel

2                                    By: s/ STEPHANIE KARNAVAS, Senior Deputy
                                     Attorneys for Defendants County of San Diego,
3                                    Patrick Lopatosky, and Brian Butcher
                                     E-mail: stephanie.karnavas@sdcounty.ca.gov
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

12-cv-2437-GPC(RBB)

Exhibit 1

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
## EAST COUNTY DIVISION

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br>Plaintiff,<br>v.<br>MOHAMAD ALI SAID,<br>dob 11/25/62, Booking No. 09730568A;<br>Defendant | CT No. C291668<br><br>DOMESTIC VIOLENCE<br><br>COMPLAINT-MISDEMEANOR |

## PC296 DNA TEST STATUS SUMMARY

| Defendant | DNA Testing Requirements |
|---|---|
| SAID, MOHAMAD ALI | DNA sample has been previously provided |

## CHARGE SUMMARY

| Count | Charge | Issue Type | Sentence Range | Special Allegations | Allegation Effect |
|---|---|---|---|---|---|
| 1 | PC273.5(a)<br>SAID, MOHAMAD ALI | Misd-17(b)(4) | 1 Year | | |
| 2 | PC243(e)(1)<br>SAID, MOHAMAD ALI | Misdemeanor | Fine\1 Yr | | |
| 3 | PC242<br>SAID, MOHAMAD ALI | Misdemeanor | Fine\6 Mos | | |
| | PC1054.3 | | INFORMAL REQUEST FOR DISCOVERY | | |

The undersigned, certifying upon information and belief, complains that in the County of San Diego, State of California, the Defendant(s) did commit the following crime(s):

Exhibit 2

CR-160

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br><br>EAST COUNTY DIVISION, 250 E. MAIN, EL CAJON, CA 92020-3941 | FOR COURT USE ONLY<br><br>F I L E D<br>Clerk of the Superior Court<br><br>JUL 13 2009<br><br>By: DH Deputy<br>EAST COUNTY DIVISION |
|---|---|

PEOPLE OF THE STATE OF CALIFORNIA

vs.

DEFENDANT:  Mohamad Ali Said

| **CRIMINAL PROTECTIVE ORDER—DOMESTIC VIOLENCE**<br>(CLETS - CPO) (Pen. Code, §§ 136.2, 1203.097(a)(2), 273.5(i), and 646.9(k)) | CASE NUMBER:<br>C291668 |
|---|---|
| [X] ORDER UNDER PENAL CODE, § 136.2       [ ] MODIFICATION | CLETS ENTRY BY: |
| [ ] PROBATION CONDITION ORDER (Pen. Code, § 1203.097) | |
| ORDER UNDER: [ ] PENAL CODE, § 273.5(i)   [ ] PENAL CODE, § 646.9(k) | |

**This Order May Take Precedence Over Other Conflicting Orders, See Item 1 on Page 2.**

PERSON TO BE RESTRAINED (complete name):  Mohamad Ali Said

Sex: [X] M  [ ] F  Ht.: 5-07   Wt.: 130   Hair color: Black  Eye color: Green Race: Other  Age: 46   Date of birth: 11/25/1962

[ ] The defendant is a peace officer with _____ Department: _____

**GOOD CAUSE APPEARING, THE COURT ORDERS THAT THE ABOVE-NAMED DEFENDANT**

1. This proceeding was heard on (date): 7-13-09 at (time): AM in Dept.: 5 Room: _____
   by judicial officer (name): Evan P. Kirvin

2. This order expires on (date): _____ If no date is listed, this order expires three years from the date of issuance.

3. [X] Defendant was personally served with a copy of this order at the court hearing, and no additional proof of service of this order is required.

4. COMPLETE NAME OF EACH PROTECTED PERSON: WALAA SAID

5. [ ] For good cause shown, the court grants the protected persons named above the exclusive care, possession, and control of the following animals: _____

**GOOD CAUSE APPEARING, THE COURT ORDERS THAT THE ABOVE-NAMED DEFENDANT**

6. must not harass, strike, threaten, assault (sexually or otherwise), follow, stalk, molest, destroy or damage personal or real property, disturb the peace, keep under surveillance, or block movements of the protected persons named above.

7. **must surrender to local law enforcement or sell to a licensed gun dealer any firearm owned or subject to his or her immediate possession or control within 24 hours after service of this order and must file a receipt with the court showing compliance with this order within 48 hours of receiving this order.**

8. must not attempt to or actually prevent or dissuade any victim or witness from attending a hearing or testifying or making a report to any law enforcement agency or person.

9. must take no action to obtain the addresses or locations of protected persons or their family members, caretakers, or guardian unless good cause exists otherwise. [ ] The court finds good cause not to make the order in item 9.

10. [X] must have no personal, electronic, telephonic, or written contact with the protected persons named above.

11. [X] must have no contact with the protected persons named above through a third party, except an attorney of record.

12. [X] must not come within 100 _____ yards of the protected persons and animals named above.

13. [ ] may have peaceful contact with the protected persons named above only for the safe exchange of children for court-ordered visitation as stated in the attached Family, Juvenile, or Probate court order in Case No. _____, issued on (date): _____, as an exception to the "no-contact" or "stay-away" provision in paragraph 10, 11, or 12 of this order.

14. [ ] may have peaceful contact with the protected persons named above only for the safe exchange of children for visitation as stated in a Family, Juvenile, or Probate court order issued after the date this order is signed, as an exception to the "no-contact" or "stay-away" provision in paragraph 10, 11, or 12 of this order.

15. [ ] must not take, transfer, encumber, conceal, molest, attack, strike, threaten, harm, or otherwise dispose of the animals described in paragraph 5.

16. [X] The protected persons may record any prohibited communications made by the restrained person.

17. Other orders including stay-away orders from specific locations: home, employment, vehicle

Date: 7-13-09                    _____    _____    Evan P. Kirvin
                                 JUDICIAL OFFICER    Department/Division

**CRIMINAL PROTECTIVE ORDER—DOMESTIC VIOLENCE (CLETS - CPO)**
(Penal Code, §§ 136.2, 1203.097(a)(2), 273.5(i), and 646.9(k).)

Page 1 of 2
Penal Code, §§ 136.2, 166,
273.5(i), and 646.9(k)
1203.097(a)(2), 273.5(i) and 646.9(k)
www.courtinfo.ca.gov

(Distribution: original to file; 1 copy to each protected person; 1 copy to defendant; 1 copy to prosecutor; 1 copy to law enforcement)

American LegalNet, Inc.

CR-160

## WARNINGS AND NOTICES

1. Except as provided in this paragraph, this order takes precedence over any conflicting protective order, visitation order, or any other court order if the protected person is a victim of domestic violence under Penal Code section 13700. However, this order does not take precedence if (1) there is a more restrictive *Emergency Protective Order* (form EPO-001) restraining and protecting the same parties as in this order, or (2) if box 13 or 14 has been checked on page 1 of this order. (Pen. Code, § 136.2(e)(2).)

2. **VIOLATION OF THE ORDER IS SUBJECT TO CRIMINAL PROSECUTION.** Violation of this protective order may be punished as a misdemeanor, a felony, or a contempt of court. Taking or concealing a child in violation of this order may be a felony and punishable by confinement in state prison, a fine, or both. Traveling across state or tribal boundaries with the intent to violate the order may be punishable as a federal offense under the Violence Against Women Act, 18 U.S.C. § 2261(a)(1) (1994).

3. **NOTICE REGARDING FIREARMS. Any person subject to a protective order is prohibited from owning, possessing, purchasing or attempting to purchase, receiving or attempting to receive, or otherwise obtaining a firearm. Such conduct is subject to a $1,000 fine and imprisonment. The person subject to these orders must relinquish any firearms and not own or possess any firearms during the period of the protective order. Under federal law, the issuance of a protective order after hearing will generally prohibit the restrained person from owning, accepting, transporting, or possessing firearms or ammunition. A violation of this prohibition is a separate federal crime. (Pen. Code, § 136.2(d).)**

4. **ENFORCING THIS ORDER IN CALIFORNIA**
   - This order must be enforced in California by any law enforcement agency that has received the order or is shown a copy of the order or has verified its existence on the California Law Enforcement Telecommunications System (CLETS).
   - Law enforcement must determine whether the restrained person had notice of the order. If notice cannot be verified, law enforcement must advise the restrained person of the terms of the order and, if the restrained person fails to comply, must enforce it. (Fam. Code, § 6383.)

5. **CERTIFICATE OF COMPLIANCE WITH VIOLENCE AGAINST WOMEN ACT (VAWA).** This protective order meets all Full Faith and Credit requirements of the Violence Against Women Act, 18 U.S.C. § 2265 (1994). This court has jurisdiction over the parties and the subject matter, and the restrained person has been afforded notice and a timely opportunity to be heard as provided by the laws of this jurisdiction. This order is valid and entitled to enforcement in each jurisdiction throughout the 50 United States, the District of Columbia, all tribal lands, and all U.S. territories, and shall be enforced as if it were an order of that jurisdiction.

6. **EFFECTIVE DATE AND EXPIRATION DATE OF ORDERS**
   - These orders are effective as of the date they were signed by a judicial officer.
   - These orders expire as explained in item 2 on the reverse.
   - Orders under Penal Code section 136.2 are valid as long as the court has jurisdiction over the case. They are not valid after imposition of a state prison commitment. (See *People v. Stone* (2004) 123 Cal.App.4th 153.)
   - Orders under Penal Code section 1203.097 are probationary orders and the court has jurisdiction as long as the defendant is on probation. (Pen. Code, § 1203.097(a)(2).)
   - Orders under Penal Code sections 273.5 and 646.9 are valid for up to 10 years and may be issued by the court whether the defendant is sentenced to state prison or county jail or if imposition of sentence is suspended and the defendant is placed on probation. (Pen. Code, §§ 273.5(i) and 646.9(k).)
   - To terminate this protective order, use form CR-165, *Notice of Termination of Protective Order in Criminal Proceeding (CLETS).*

7. **CHILD CUSTODY AND VISITATION**
   - Child custody and visitation orders may be established or modified in Family, Juvenile, or Probate court.
   - Unless box 14 on page 1 is checked, contact between the restrained and protected persons permitted by a Family, Juvenile, or Probate court order for child custody or visitation must not conflict with the provisions of this order.
   - If box 13 or 14 on page 1 is checked, the restrained and protected persons should always carry a certified copy of the most recent child custody or visitation order issued by the Family, Juvenile, or Probate court.

Exhibit 3

# Superior Court of the State of California
## COUNTY OF SAN DIEGO

MAR 2 4 2010

THE PEOPLE OF THE STATE OF CALIFORNIA,

Plaintiff,

vs.

MOHAMED ALI SAID,

Defendant(s)

SC No.   C291668
DA No.

# VERDICT

We, the jury in the above entitled cause, find the defendant, Mohamed Ali Said,

_____Guilty_____ of the crime of BATTERY OF A SIGNIFICANT
(Guilty/ Not Guilty)

OTHER, in violation of Penal Code section 243(e)(1), as charged in Count 1 of the

Complaint.

Dated   3/24/2010          Seat # 6

Foreperson

# Superior Court of the State of California
## COUNTY OF SAN DIEGO

MAR 2 4 2010

THE PEOPLE OF THE STATE OF CALIFORNIA,

Plaintiff,

vs.

MOHAMED ALI SAID,

Defendant(s)

SC No.   C291668

DA No.

# VERDICT

We, the jury in the above entitled cause, find the defendant, Mohamed Ali Said,

_Guilty_ of the crime of SIMPLE BATTERY, in violation

(Guilty/ Not Guilty)

of Penal Code section 242, as charged in Count _2_ of the Complaint.

Dated _3/24/2010_          _Seat # 6_

Foreperson

Exhibit 4

FUTURE DATES: _____ □ CONFIRMED □ VACATED
B. Tafreshi    Mark Skeels

Attorney for the People (□ DA / DCA / DAG ) □ Supervised Cert. Legal Intern    Attorney for Defendant (□ PD / APD / OAC / Retained / Counseling ) □ Supervised Cert. Legal Intern
DEFENDANT: ☒ PRESENT □ VIA AUDIO VIDEO □ SELF REPRESENTED □ NOT PRESENT □ NOT PRODUCED □ FAILED TO APPEAR

☐ PROTECTIVE ORDER PREVIOUSLY ISSUED

☒ Defendant waives arraignment for judgment. ☒ Imposition □ Execution of sentence suspended for __3__ year(s) on Ct. 3 and ___ year(s) on Ct. ___
**PROBATION** IS ☒ GRANTED ☒ Summary □ Formal on the following conditions:    □ DENIED and defendant sentenced as follows:
☒ Violate no laws ☒ Minor traffic violations are excepted ☒ No same or similar violations □ Comply with further conditions attached.
**CUSTODY** □ Commit to Sheriff for ___ days / hours ___ days suspended □ Serve FORTHWITH
□ Additional □ ___ days custody stayed pending □ successful completion of probation □ review hearing □ ___    CREDIT FOR TIME SERVED
□ Work Release - call within 72 hours for reporting date. □ Book & Release    ___ days local
□ Report on ___ at ___ to: Detention Facility: □ Central □ Las Colinas □ Vista □ Work Furlough    ___ days PC4019(b)(1)(c)(1)
□ Consecutive to □ concurrent with ___    □ above commit □ Consecutive weekends    ___ days PC4019(b)(2)(c)(2)
□ NO Early release (PC4018.6 or 4024.1) □ NO Work Release □ NO County Parole □ NO ESP/Home Detention    ___ total days credit
□ CUSTODY □ IN LIEU OF $ ___ fine at $50.00/ $ ___ per day □ ___ days PSP
□ CUSTODY SATISFIED BY $ ___ days PSP ___ days in ___    □ residential rehabilitation program.
**PAY** □ Attorney Fees * $ ___    □ Indigent as to Attorney Fees □ Other: ___
Fine (Ct. 2 ) $ 774    Restitution Fine $ ___    Accounts Receivable Fee $ ___    **TOTAL**
Fine (Ct. ___ ) $ ___    Court Security Fee $ ___    Domestic Violence Fund $ ___    **DUE:**
Criminal Conviction Assessment $ ___    Administrative Fee $ ___    [Suspended Amount $ ___    $ ___
Probation Revocation Restitution Fine imposed & suspended $ ___    [Credit for ___ days served $ ___
□ Payments at $ ___ per month beginning on ___ and on the ___ of each month thereafter until paid in full.
☒ Fines and fees stayed pending □ DVRP completion ☒ Ind. Counseling
The court finds the defendant has the ability to repay the County of San Diego for costs of court appointed attorney fees. This order is not a condition of probation.
**RESTITUTION** ☒ Pay restitution to the victim of $ 1 amt ☒ in an amount to be determined □ by Probation, payments through □ Court Collections
□ Revenue & Recovery □ at ___ per month beg. ___    □ directly to the victim and show proof to the court □ by ___ at Review Hrg.
□ See stipulated restitution order. □ Court retains jurisdiction re: restitution. □ Submit to civil process.
**PUBLIC SERVICE PROGRAM (PSP)** □ enroll by ___    **VOLUNTEER WORK**
□ Call within 72 hrs. / ___ for enrollment information.    □ at any non-profit organization
15 days as condition of probation - PSP fee is waived.    □ Other: ___
___ days in lieu of □ fines/fees $ ___ □ ___ days custody    ___ hours as condition of probation.
___ days credit for time served/completed    ___ hours in lieu of □ fines/fees $ ___ □ ___ days □ custody □ PSP
15 TOTAL days to be completed - to start forthwith    ___ hours credit for time served/completed
□ One day per week □ Weekends only □ Out of county work authorized.    ___ TOTAL hours to be completed
□ To run □ consecutive to □ concurrent with ___ □ Submit proof to the court by ___. □ ___ days custody for each day/8 hrs missed.
□ PSP □ VOLUNTEER WORK stayed pending DVRP completion.
**ALCOHOL/DRUGS** □ Abstain from alcohol. □ Do not be in places where alcohol is the main item for sale, except in the course of employment. □ Not use
or possess any controlled substance without a valid prescription. □ Voluntarily test at the request of a peace officer for detection of alcohol/drugs in system.
□ **FOURTH AMENDMENT WAIVER**: Submit person, vehicle, place of residence, property, personal effects to search at any time with or without a warrant, and
with or without reasonable cause, when required by a Probation Officer or other law enforcement officer (to expire ___).
**ENROLL IN & COMPLETE** □ Assault/Battery □ Anger Mgmt. ___ hrs. ☒ Parenting ___ sessions. □ Sex Offender Course.
□ Private Sector Substance Abuse Assessment . □ Court Substance Abuse Assessment Evaluation.
□ Certified 52 week Domestic Violence Recovery Program: □ Standard □ Integrated- DV/Substance Abuse □ Dual Track-DV/Substance Abuse.
□ STOP □ Individual Counseling ___ weeks □ months for ___    □ Residential □ Outpatient alcohol/drug treatment program.
□ ___ week military domestic violence program in lieu of DVRP authorized. □ ___ STAYED pending ___
□ Concurrent □ Consecutive ___ . □ AA / NA / CA / MA Mtgs, ___ times per □ wk □ mo. for ___ days / mos. □ Out of County authorized.
Commence/continue education, psychological, psychiatric, drug, alcohol or other rehab. program recom. by the Assessor and not leave or terminate such
program without written permission of the court and/or therapist. □ Seek/maintain full-time employment, education, training, or a combination thereof.
**VIOLENCE/WEAPONS** ☒ Do not use force or violence upon another. □ Have no contact with any victim or complaining witness in this matter.
☒ Do not own or have possession, custody or control of any WEAPONS or FIREARMS. □ Weapon(s) to be □ destroyed □ returned to ___
☒ Defendant advised that within 10 years of this conviction, owning/possessing/having custody or control of any firearm is a crime pursuant to PC12021(c)(1).
☒ Notice of firearm prohibition given per PC12021. ☒ Federal weapons advisal given. — Full prot. order imposed.
☒ PROTECTIVE ORDER ISSUED: □ Defendant □ Counsel □ Victim served in open court.
**MISC.** □ Comply with all Family/Juvenile court orders. □ Stay ___ away from ___    rpt. to 5th floor
□ Register pursuant to □ HS11590 □ PC290 □ PC457.1. □ Do not unlawfully enter the United States.    PSP (forthwith)
□ All property impounded, seized, or held in custody in this case to be disposed of per possessing agency's policy.
**REFERRALS** Report ☒ forthwith □ by ___ to □ Assessment Unit ☒ Probation Dept. re: ___
□ Court Collections □ Revenue & Recovery □ Credit Agency and comply with additional conditions of probation imposed.
☒ **DEFENDANT IS ORDERED TO APPEAR ON** 6/25/10 AT 1:30 IN DEPT DV / ROOM ___
FOR: □ Sentencing □ Restitution □ Execution of Custody □ C.O.P. Form ☒ Review regarding Ind. Counseling
□ enrollment □ progress □ completion. □ probation conditions noted above. □ PC977 auth.
**OTHER** Previously, the Deft. made a motion for a new trial which was to be addressed today. Mr. Skeels states they are ready to proceed with the sentencing and there is no motion to be heard today re: a new trial. The victim (Ms. Al-Qaurshi) addresses the Court. The Court advised the deft. of his appeal rights.

**CUSTODY STATUS** Defendant □ **REMANDED** to custody of Sheriff □ without bail □ with bail set at / increased to / reduced to $ ___
☒ **REMAINS AT LIBERTY** □ **RELEASED:** □ on bail previously posted ☒ on probation □ after booking □ OR/SOR □ same terms and conditions
□ to an authorized representative of ___ on ___ at ___
□ Previously ordered: □ 4th **WAIVER** □ continues □ deleted □ **PROTECTIVE ORDER** □ continues □ deleted.
**WARRANT** □ Bench WARRANT ordered □ Bail set at $ ___ □ No Bail □ ISSUED on ___

Exhibit 5

CR-160

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**

EAST COUNTY DIVISION, 250 E. MAIN, EL CAJON, CA 92020-3941

*FOR COURT USE ONLY*

F I L E D
Clerk of the Superior Court
JUL 1 2009
By: _____ Deputy
EAST COUNTY DIVISION

PEOPLE OF THE STATE OF CALIFORNIA
vs.
DEFENDANT:   Mohamad Ali Said

**CRIMINAL PROTECTIVE ORDER—DOMESTIC VIOLENCE**
**(CLETS - CPO) (Pen. Code, §§ 136.2, 1203.097(a)(2), 273.5(i), and 646.9(k))**

CASE NUMBER:
C291668

CLETS ENTRY BY:

- [ ] ORDER UNDER PENAL CODE, § 136.2      [ ] MODIFICATION
- [X] PROBATION CONDITION ORDER (Pen. Code, § 1203.097)
- ORDER UNDER: [ ] PENAL CODE, § 273.5(i)   [ ] PENAL CODE, § 646.9(k)

**This Order May Take Precedence Over Other Conflicting Orders, See Item 1 on Page 2.**

PERSON TO BE RESTRAINED *(complete name):*   Mohamad Ali Said

Sex: [X] M  [ ] F  Ht: 5-07  Wt: 130  Hair color: Black  Eye color: Green  Race: Other  Age: 46  Date of birth: 11/25/1962

[ ] The defendant is a peace officer with _____  Department: _____

1. This proceeding was heard on *(date):* 7/24/10 *at (time):* 1 PM  in Dept.: 19  Room: _____
   by judicial officer *(name):* RODERICK SHELTON

2. This order expires on *(date):* 5/24/13  If no date is listed, this order expires three years from the date of issuance.

3. [X] Defendant was personally served with a copy of this order at the court hearing, and no additional proof of service of this order is required.

4. COMPLETE NAME OF EACH PROTECTED PERSON: WALAA SAID  Al-Qureshi

5. [ ] For good cause shown, the court grants the protected persons named above the exclusive care, possession, and control of the following animals: _____

**GOOD CAUSE APPEARING, THE COURT ORDERS THAT THE ABOVE-NAMED DEFENDANT**

6. must not harass, strike, threaten, assault (sexually or otherwise), follow, stalk, molest, destroy or damage personal or real property, disturb the peace, keep under surveillance, or block movements of the protected persons named above.

7. must surrender to local law enforcement or sell to a licensed gun dealer any firearm owned or subject to his or her immediate possession or control within 24 hours after service of this order and must file a receipt with the court showing compliance with this order within 48 hours of receiving this order.

8. must not attempt to or actually prevent or dissuade any victim or witness from attending a hearing or testifying or making a report to any law enforcement agency or person.

9. must take no action to obtain the addresses or locations of protected persons or their family members, caretakers, or guardian unless good cause exists otherwise. [ ] The court finds good cause not to make the order in item 9.

10. [X] must have no personal, electronic, telephonic, or written contact with the protected persons named above.

11. [X] must have no contact with the protected persons named above through a third party, except an attorney of record.

12. [X] must not come within 100 yards of the protected persons and animals named above.

13. [ ] may have peaceful contact with the protected persons named above only for the safe exchange of children for court-ordered visitation as stated in the attached Family, Juvenile, or Probate court order in Case No. _____, issued on *(date):* _____, as an exception to the "no-contact" or "stay-away" provision in paragraph 10, 11, or 12 of this order.

14. [ ] may have peaceful contact with the protected persons named above only for the safe exchange of children for visitation as stated in a Family, Juvenile, or Probate court order issued after the date this order is signed, as an exception to the "no-contact" or "stay-away" provision in paragraph 10, 11, or 12 of this order.

15. [ ] must not take, transfer, encumber, conceal, molest, attack, strike, threaten, harm, or otherwise dispose of the animals described in paragraph 5.

16. [X] The protected persons may record any prohibited communications made by the restrained person.

17. Other orders including stay-away orders from specific locations: home, employment, vehicle _____

Date: _____ 05/24/10

RODERICK W. SHELTON  JUDICIAL OFFICER  Department/Division

Form Adopted for Mandatory Use
Judicial Council of California
CR-160 (Rev. Jan. 1, 2009)
Approved by Department of Justice
**CRIMINAL PROTECTIVE ORDER—DOMESTIC VIOLENCE (CLETS - CPO)**
**(Penal Code, §§ 136.2, 1203.097(a)(2), 273.5(i), and 646.9(k).)**
Penal Code, §§ 136.2, 166,
1203.097(a)(2), 273.5(i), and 646.9(k)
www.courtinfo.ca.gov

(Distribution: original to file; 1 copy to each protected person; 1 copy to defendant; 1 copy to prosecutor; 1 copy to law enforcement)

American LegalNet, Inc.
www.FormsWorkflow.com

Exhibit 6

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
## EAST COUNTY DIVISION

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, | CT No.  C318005 |
| Plaintiff, | |
| v. | DOMESTIC VIOLENCE |
| MOHAMAD ALI SAID, | COMPLAINT-MISDEMEANOR |
| *dob 11/25/62, Booking No. 12506002A;* | |
| Defendant | |

## PC296 DNA TEST STATUS SUMMARY

| Defendant | DNA Testing Requirements |
|---|---|
| SAID, MOHAMAD ALI | DNA sample has been previously provided |

## CHARGE SUMMARY

| Count | Charge | Issue Type | Sentence Range | Special Allegations | Allegation Effect |
|---|---|---|---|---|---|
| 1 | PC69 | Misd-17(b)(4) | 1 Year | | |
| | SAID, MOHAMAD ALI | | | | |
| 2 | PC273.6(a) | Misdemeanor | Fine\1 Yr | | |
| | SAID, MOHAMAD ALI | | | | |
| 3 | PC166(c)(1) | Misdemeanor | 1 Yr\Fine | | |
| | SAID, MOHAMAD ALI | | | | |

PC1054.3                              INFORMAL REQUEST FOR DISCOVERY

The undersigned, certifying upon information and belief, complains that in the County of San Diego, State of California, the Defendant(s) did commit the following crime(s):

DISCOVERY STAYS AT THE DISTRICT ATTORNEY'S OFFICE.

THANK YOU

BB
2-1

# CHARGES

## COUNT 1 - RESISTING EXECUTIVE OFFICER, PENAL CODE SECTION 17(b)(4)

On or about January 24, 2011, MOHAMAD ALI SAID did unlawfully attempt by means of threats and violence to deter and prevent another who was then and there an executive officer from performing a duty imposed upon such officer by law, and did knowingly resist by the use of force and violence said executive officer in the performance of his/her duty, in violation of PENAL CODE SECTION 69, a misdemeanor pursuant to PENAL CODE SECTION 17(b)(4).

## COUNT 2 - DISOBEYING COURT ORDER

On or about January 24, 2011, MOHAMAD ALI SAID did willfully, unlawfully and knowingly violate a court order obtained to prevent domestic violence and disturbance of the peace, in violation of PENAL CODE SECTION 273.6(a).

## COUNT 3 - VIOLATION OF PROTECTIVE OR STAY-AWAY ORDER, DOMESTIC VIOLENCE OR ELDER ABUSE

On or about January 24, 2011, MOHAMAD ALI SAID did willfully, knowingly and unlawfully violate a protective order and stay away court order issued as a condition of probation after a conviction in a criminal proceeding involving domestic violence which order is described at Penal Code section 166(c)(3), in violation of PENAL CODE SECTION 166(c)(1).

---

Pursuant to PENAL CODE SECTION 1054.5(b), the People are hereby informally requesting that defendant's counsel provide discovery to the People as required by PENAL CODE SECTION 1054.3.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS COMPLAINT, CASE NUMBER C318005, CONSISTS OF 3 COUNTS.

Executed at City of El Cajon, County of San Diego, State of California, on January 27, 2012.

COMPLAINANT