THOMAS E. MONTGOMERY, County Counsel (State Bar No. 109654)
County of San Diego
By STEPHANIE KARNAVAS, Senior Deputy (State Bar No. 255596)
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 531-5834;  Fax: (619) 531-6005
E-mail: stephanie.karnavas@sdcounty.ca.gov

Attorneys for Defendants County of San Diego, Patrick Lopatosky and Brian Butcher

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMAD ALI SAID, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF SAN DIEGO; DEPUTY SHERIFF PATRICK LOPATOSKY; DEPUTY SHERIFF BRIAN BUTCHER; DEPUTY SHERIFF LEE SCOTT; and DOES 1 - 50, inclusive,<br><br>　　　　Defendants. | No. 12-cv-2437-GPC(RBB)<br><br>DECLARATION OF HANAN HARB IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>Date:  April 10, 2013<br>Time: 1:30P.M.<br>Dept.: 2D- Courtroom of the Honorable Gonzalo P. Curiel<br>Trial Date:  TBD |

I, HANAN HARB, declare as follows:

1.　　I am employed by the County of San Diego as the Communications Coordinator for the San Diego County Sheriff's Department. I make this declaration of my own personal knowledge. If called upon to testify to the matter stated in this declaration, I could and would competently do so.

2.　　As part of my job duties as the Communications Coordinator I act as the custodian of records for the 9-1-1 audio recordings and the computer aided dispatch ("CAD") records maintained by the Sheriff's Department.

3.　　A CAD "event number" is generated for 911 calls that are received by the Sheriff's Department that require law enforcement services. The CAD event number

12-cv-2437-GPC(RBB)

assigned to the call is linked to the CAD data associated with that call, and also to any deputies' reports that are later generated in connection with the call. The 9-1-1 calls are recorded and maintained electronically in a system which can be queried in a number of ways, including by the CAD event number.

4. As a part of the litigation of *Said v. County of San Diego*, Case No. 12-cv-2437-GPC(RBB), I was asked by the County Counsel's office to query the electronic recording system and obtain the 9-1-1 audio for CAD event number S9746332, which was the event number assigned to a 9-1-1 call made on January 24, 2012, at 5:51pm originating from a reported location of 3755 El Canto Dr., and later linked to the reports generated by Deputies Brian Butcher, Patrick Lopatosky, and Scott Lee in connection with the arrest of an individual named Mohamed Said. I queried the electronic system, retrieved the audio recorded 9-1-1 call, and copied it as a .wav file onto a cd. Attached hereto as Exhibit A is a true and correct copy of that recording.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in San Diego, California, this 17th day of February 2015.

HANAN HARB

# Exhibit A

[9-1-1 Call Audio Recording Will Be Physically Lodged with the Court]